ACCEPTED
04-14-00742-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/23/2015 7:53:07 PM
KEITH HOTTLE
CLERK

# NANCY B. BAROHN
## ATTORNEY AT LAW

NANCY B. BAROHN
CERTIFIED SPECIALIST
CRIMINAL LAW
TEXAS BOARD OF
LEGAL SPECIALIZATION

1202 SOUTH ALAMO STREET
SAN ANTONIO, TEXAS 78210-1114

AREA CODE 210
TELEPHONE 226-4263

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/23/2015 7:53:07 PM

KEITH E. HOTTLE
Clerk

March 23, 2015

Mr. Keith Hottle, Clerk
Fourth Court of Appeals
Bexar County Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas  78205

RE:  *Andres Solis Vielma vs. State of Texas*,
Appeal No. 04-14-00742-CR.

Dear Mr. Hottle:

I filed an *Anders* brief in Mr. Vielma's case and served him with the various documents required by the rules.  I am aware that Mr. Vielma has requested access to the record so that he can pursue his appeal *pro se*.  Mr. Vielma also wrote me a letter asking me to see if I could get counsel appointed to represented him.  Mr. Vielma wishes to challenge the length of the sentence imposed and, perhaps, he has other grounds.

I spoke to Mr. Quintero, and he advises me that Mr. Vielma sent a copy of the letter he wrote to me which has been filed in his case.  I am writing to follow up on Mr. Vielma's letter.

I don't know what the Court's policy is on appointing counsel after appointed counsel has filed an *Anders* brief.  But, pursuant to Mr. Vielma's letter, I am requesting in his behalf that counsel be appointed to review his claims.

Sincerely,

NANCY B. BAROHN

NBB:hs
xc: Mr. Angel Tomasino
   Mr. Andres Solis Vielma